# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 4954 | **DATE** | 9/13/2005 |
| **CASE TITLE** | Rangel vs. Brown, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's application to proceed in form pauperis is granted. The Clerk of the Court is directed to issue summons forthwith and the U.S. Marshal's Service is directed to serve defendants with process. Status hearing set for 11/18/05 at 10:00 a.m. at which time plaintiff must appear or the case will be dismissed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|