## United States District Court for the Northern District of Illinois

Case Number: **5 C 4954**       Assigned/Issued By: **EIVA**

---

### FEE INFORMATION

**Amount Due:**
- [ ] $150.00
- [ ] $39.00
- [ ] $5.00
- [ ] IFP
- [ ] No Fee
- [ ] Other _____
- [ ] $255.00

*(For use by Fiscal Department Only)*

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

### ISSUANCES

**Type Of Issuance:**
- [x] Summons
- [ ] Alias Summons
- [ ] Third Party Summons
- [ ] Lis Pendens
- [ ] Non Wage Garnishment Summons
- [ ] Wage-Deduction Garnishment Summons
- [ ] Citation to Discover Assets

Writ _____
(Type of Writ)

Original and **2** copies on **SEP 14 2005** as to **dfts with**
(Date)
**two copies of Order dAted 9/13/05 And**
**forwarded to US Marshall**

C:\wpwin80\docket\feeinfo.frm    11/03